"A /T£CAY, Judge.
 

 A conveyance by deed of personals to one for life, is a conveyance of the absolute property, generally speaking: but I have great doubts whether the rule applies to slaves as subjects of property.
 

 Such limitations of slaves with remainder over by deed, has been generally practised and understood to be good ; and is countenanced by the case of Timms and Potter.
 

 
 *131
 
 Let the jury give their verdict aud I will carry this case to the court of conference, to be decided upon by all the judges.
 

 The jury found for the reversioner who had given an estate for life, not disposing of the residue ; and the covutof conference ordered a new trial
 
 >
 
 for that a gift for life by deed, was a gift of the absolute property to the donee for life.
 

 Fids
 
 Timms and Potter, Haywood’s Reports, 1 voi ,234,